IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KENNETH L. DAVIS and ELLEN O. DAVIS, individually, and on behalf of a class of all persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE, LLC<br><br>　　　　Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*  Case No. 4:09-CV-123 (CDL)<br>*<br>*<br>*<br>* |

## **NOTICE OF VOLUNTARY DISMISSAL (WITHOUT PREJUDICE)**

COME NOW Plaintiffs and file this Notice of Voluntary Dismissal (Without Prejudice) pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Plaintiffs show the Court the following:

1.　　Rule 41(a)(1)(i) provides that "an action may be dismissed by the plaintiff without order of court . . . by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." FED. R. CIV. P. 41(a)(1)(i).

2.　　No answer or motion for summary judgment has been filed in this action.

3.　　Rule 41 refers to Rule 23(e), but the 2003 Amendments to the Rule 23 make clear that Rule 23(e) only applies to a "certified class." FED. R. CIV. P. 23(e)(1)(a).

4.　　No class has been certified in this action.

5.　　Therefore, Plaintiffs hereby dismiss this action <u>without prejudice</u>.

This 24th day of November, 2009.

                                           Respectfully submitted,

                                           DAUGHTERY, CRAWFORD,
                                           FULLER & BROWN, LLP

                                           BY:  /s/ Jason L. Crawford

| | |
|---|---|
| 1430 Wynnton Road | JASON L. CRAWFORD |
| Columbus, Georgia  31906 | Georgia Bar No. 193752 |
| Post Office Box 1118 | jason@dcfblaw.com |
| Columbus, Georgia 31902 | J. CLAY FULLER |
| Telephone: (706) 320-9646 | Georgia Bar No. 280207 |
| Facsimile: (706) 494-0221 | clay@dcfblaw.com |
| | DUSTIN T. BROWN |
| | Georgia Bar No. 086998 |
| | dustin@dcfblaw.com |

## **CERTIFICATE OF SERVICE**

This is to certify that on November 24, 2009, I electronically filed the within and foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

        H. Wayne Phears
        wphears@mcguirewoods.com
        George J. Barry III
        gbarry@mcguirewoods.com
        McGuireWoods, LLP
        1170 Peachtree Street, NE
        Suite 2100
        Atlanta, GA  30309

                DAUGHTERY, CRAWFORD,
                FULLER & BROWN, LLP

                By: /s/ Jason L. Crawford

1430 Wynnton Road                 Jason L. Crawford
Post Office Box 1118                Georgia Bar No. 193752
Columbus, Georgia 31902           jason@dcfblaw.com
(706) 320-9646 phone               J. Clay Fuller
(706) 494-0221 facsimile           Georgia Bar No. 280207
                                   clay@dcfblaw.com
                                   Dustin T. Brown
                                   Georgia Bar No. 086998
                                   dustin@dcfblaw.com